## ORDER

PER CURIAM.

Jason M. Devlin (Defendant) appeals from the trial court's judgment and sentence imposed after a jury found him guilty of one count of second-degree child molestation, in violation of Section 566.068 [1], a misdemeanor. The trial court sentenced Defendant to a term of one year in the Montgomery County jail.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

Patrick W. Peters, Kansas City, MO, for Appellant.

Richard A. Starnes, Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, JAMES M. SMART, JR., Judge and JOSEPH M. ELLIS, Judge.

## *ORDER*

PER CURIAM.

Billy J. Ray appeals the denial after an evidentiary hearing of his Rule 29.15 motion for post-conviction relief based on ineffective assistance of counsel. After a thorough review of the record, we find that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value, but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

### Billy RAY, Appellant,

v.

### STATE of Missouri, Respondent.

### No. WD 67725.

Missouri Court of Appeals,
Western District.

June 17, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 29, 2008.

Application for Transfer Denied Sept. 30, 2008.

### Monty CAMPBELL, Appellant,

v.

### Robert Vincent CAMPBELL, Respondent.

### No. WD 67476.

Missouri Court of Appeals,
Western District.

June 17, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 29, 2008.

Application for Transfer Denied Sept. 30, 2008.

---

1. All statutory references are to RSMo 2000, unless otherwise noted.